**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON**

**CRIMINAL NO. 06-52-DLB-JGW**

**UNITED STATES OF AMERICA**                                                       **PLAINTIFF**

**vs.**           **<u>ORDER ADOPTING REPORT & RECOMMENDATION</u>**

**HEATH BRANDON DUNAWAY**                                    **DEFENDANT**

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court upon the January 19, 2012 Report and Recommendation (R&R) of the United States Magistrate Judge wherein he recommends that the Court revoke Defendant's supervised release and impose a sentence of time served with two (2) years of supervised release to follow. (Doc. # 33). During the revocation hearing conducted by Magistrate Judge Wehrman on January 18, 2012, Defendant orally admitted to violating the terms of his supervised release as outlined in the January 4, 2012 Supervised Release Violation Report and the January 17, 2012 addendum to that report.

Defendant having executed a waiver of his right to allocution (Doc. # 32), there being no objections filed to the Magistrate Judge's R&R, and the time to do so having now expired, the R&R is ripe for the Court's consideration. Having reviewed the R&R, and the Court concluding that it is sound in all respect, including the recommended sentence and the basis for said recommendation, and the Court being otherwise sufficiently advised,

1

**IT IS ORDERED** as follows:

(1) The Magistrate Judge's Report and Recommendation (Doc. # 33) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

(2) Defendant is found to have **VIOLATED** the terms of his supervised release;

(3) Defendant's supervised release is hereby **REVOKED**;

(4) Defendant is sentenced to **time served**, followed by **two (2) years of supervised release**;

(5) Defendant shall participate in a substance abuse treatment program (with increased substance abuse counseling and testing) and shall submit to periodic drug and alcohol testing at the direction and discretion of the probation officer during the term of supervision;

(6) Defendant shall pay restitution in the amount of $690.00 at the rate of $100.00 per month; and

(7) A judgment shall be entered contemporaneously herewith.

This 8th day of February, 2012.



Signed By:
David L. Bunning
United States District Judge

G:\DATA\ORDERS\Covington Criminal\2006\06-52 Order adopting R&R.wpd